Appeal No. 78-44. CHRISTY PARRILLO *v.* ANNETTE MORIN. Defendant's motion to affirm the judgment of the

---

[1]Ms. Justice Grande is now a member of the Superior Court.

Superior Court pursuant to Rule 16(g) is granted. *Francis A. Manzi*, for plaintiff. *Abraham Goldstein*, for defendant.